# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Western Division |
|---|---|
| Plaintiff, | |
| vs. | Case Number: 2:09-CR-00230-27   Indictment |
| Ryan Leone | Initial App. Date: 04/01/2009   Initial App. Time: 3:00 PM |
| Defendant. | Date Filed: 03/12/2009 |
| | Violation: 21: 846; 841(a)(1), 841(b)(1)(B)(i) |
| | CourtSmart: 4/1/09 |

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE:** Jeffrey W. Johnson

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:**
Gigliotti, Amy — Deputy Clerk
Ariel Neuman — Assistant U.S. Attorney
None — Interpreter/Language

- [✓] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  - [✓] preliminary hearing OR [ ] removal hearing / Rule 20.
- [✓] Defendant states true name [✓] is as charged [ ] is _____
- [ ] Defendant advised of consequences of false statement in financial affidavit. [ ] Financial Affidavit ordered SEALED.
- [✓] Attorney: ~~Philip Deitch~~ Panel [ ] Appointed [ ] Prev. Appointed [ ] Poss. Contribution (see separate order)
  - [✓] Special appearance by: Retained Robert M. Sanger
- [✓] Government's request for detention is: [✓] GRANTED [ ] DENIED [ ] WITHDRAWN [ ] CONTINUED
- [✓] Defendant is ordered: [✓] Permanently Detained [ ] Temporarily Detained (see separate order).
- [ ] BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- [ ] Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: [ ] GRANTED [ ] DENIED
- [ ] Preliminary Hearing waived.
- [ ] Class B Misdemeanor [ ] Defendant is advised of maximum penalties
- [ ] This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
- [ ] PO/PSA WARRANT [ ] Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
- [ ] Preliminary Hearing set for _____ at 4:30 PM _____
- [✓] PIA set for: Monday April 6, 2009 at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
- [ ] Government's motion to dismiss case/defendant _____ only: [ ] GRANTED [ ] DENIED
- [ ] Defendant's motion to dismiss for lack of probable cause: [ ] GRANTED [ ] DENIED
- [ ] Defendant executed Waiver of Rights. [ ] Process received.
- [ ] Court ORDERS defendant Held to Answer to _____ District of _____
  - [ ] Bond to transfer, if bail is posted. Defendant to report on or before _____
  - [ ] Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
  - [ ] Warrant of removal and final commitment are ordered stayed until _____
- [ ] Case continued to (Date) _____ (Time) _____ AM / PM
  - Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
  - Proceedings will be held in the [ ] Duty Courtroom _____ [ ] Judge's Courtroom _____
- [✓] Defendant committed to the custody of the U.S. Marshal [ ] Summons: Defendant ordered to report to USM for processing.
- [ ] Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- [ ] Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- [ ] RELEASE ORDER NO: _____
- [ ] Other: _____

[✓] PSA   [ ] FINANCIAL   [✓] READY
Deputy Clerk Initials: AH
: /D