UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | | Case Number: 2:09-CR-00230-27 |
| --- | --- | --- |
| | Plaintiff, | |
| vs. | | **NOTICE DIRECTING DEFENDANT TO APPEAR FOR ARRAIGNMENT ON INDICTMENT/INFORMATION** |
| Ryan Leone | | |
| | Defendant. | |

YOU ARE HEREBY NOTIFIED AND DIRECTED to appear before United States Magistrate Judge __Dusty__, United States Courthouse located at:

☑ Western Division        ☐ Southern Division        ☐ Eastern Division
255 E. Temple Street           411 W. Fourth Street            3470 Twelfth Street
Courtroom <u>341</u>, <u>3rd</u> Floor   Courtroom ____, ____ Floor   Courtroom ____, ____ Floor
Los Angeles, CA 90012       Santa Ana, CA 92701          Riverside, CA 92501

at __8:30__ ☑ AM / ☐ PM on __April 6, 2009__, at which time you shall be arraigned on the indictment or information. Upon arraignment, your case will be assigned to a Judge of this Court, before whom you must be prepared to appear the afternoon of the same day and enter a plea.

If you have retained your own attorney, he or she must be present with you on the date ordered above. If you do not have an attorney, an attorney will be appointed to represent you at the time, provided you are without sufficient funds to retain a private attorney.

**IF YOU FAIL TO APPEAR AT THE DATE, TIME AND PLACE INDICATED, YOUR PRESENT BOND WILL BE FORFEITED AND THE COURT WILL ISSUE A WARRANT FOR YOUR ARREST.**

NOTE: Your case may be assigned for further proceedings in a division **different from the one indicated above**. If so, a notice will be mailed to you and your attorney, therefore, keep in close contact with your attorney so you will not waste time and effort by going to the wrong location.

Filed & Dated: __April 1, 2009__

Clerk, U.S. District Court

By: _____
Magistrate Judge Courtroom Deputy Clerk