# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## RECORD OF PROCEEDINGS

Case No. **CR 09-00230-27**　　　　Tape No. **CS 04/07/09**　　Date: **April 7, 2009**

Present: The Honorable **JEFFREY W. JOHNSON**, U.S. Magistrate Judge

| Celia Anglon-Reed | Ariel Neuman | n/a |
|---|---|---|
| Deputy Clerk | Assistant U.S. Attorney | Interpreter |

**USA v. Ryan Leone**

☒ Present　☒ Custody　☐ Bond　☐ Not present

Attorney Present for Defendant:
Robert M. Sanger
☒ Present　☐ CJA　☒ Retd　☐ DFPD　☐ Not present

### PROCEEDINGS: TEMPORARY / PERMANENT DETENTION HEARING

☒ Matter called for ☒ temporary / ☐ permanent detention hearing.
☐ Court finds probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ Witnesses CST (see separate list).
☐ Exhibits Marked/Admitted (see separate list).
☒ Court finds presumption under 18 USC 3142e _____ has not been rebutted and ORDERS DEFENDANT PERMANENTLY DETAINED. ~~See separate detention order.~~
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted and therefore, sets bail. See below for bail information.
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Court further orders U.S. Attorney to notify _____
　　　　　　　　　　　　　　　　　　　　　　　*(Name of appropriate officials)*
☐ Court orders further bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in
Courtroom _____ if _____ fails or declines
to take custody of defendant.　　　　　　*(Name of appropriate officials)*
☐ Court does not find sufficient cause to temporarily detain defendant and sets bails. See below for bail information.
☐ Court orders case continued to _____ at _____ ☐a.m. / ☐p.m. for _____
☐ Other: _____

## BAIL INFORMATION

**TYPE OF BOND**
☐ Personal Recognizance *(Signature only - no dollar amount)*
☐ Unsecured Appearance Bond in amount of $_____
☐ Appearance Bond in amount of $_____
　☐ with cash deposit (amount or %) _____
　☐ with affidavit of surety (no justification) (Form CR-4)
　☐ with justification affidavit of surety (Form CR-3)
　☐ with deeding of property
☐ Collateral Bond in amount of $_____
　*(cash or negotiable securities)*
☐ Corporate Surety Bond in amount of $_____
　*(Corporate Surety Bond requires separate form)*
☐ Release NOW and justify by _____
　OR appear before Magistrate Judge _____
　at _____ ☐ AM / ☐ PM on _____

**CONDITIONS OF RELEASE**
☐ PSA Supervision　☐ Intensive
☐ Surrender passport
☐ Bail subject to Nebbia Hearing
☐ Travel restricted to: _____
☐ Avoid places of egress
☐ Alcohol/Drug testing: _____
☐ Not illegally use or possess drugs or be in the presence of anyone illegally using or possessing drugs.
☐ Release only to PSA
☐ Residence approved by PSA
☐ Not possess firearms or be in the presence of anyone using or possessing firearms
☐ Other: _____

☐ Bond Posted
☐ Release Ordered Forthwith; Issued Release No. _____

Distribution:　　Blue - AUSA　　　Yellow - Defendant　　　Pink - PSA

M-46 (06/98)　　RECORD OF PROCEEDINGS - TEMPORARY / PERMANENT DETENTION HEARING