**SANGER & SWYSEN**
Attorneys at Law
Robert M. Sanger, State Bar Number 58214
Stephen K. Dunkle, State Bar Number 227136
233 East Carrillo Street, Suite C
Santa Barbara, California 93101
Telephone: (805) 962-4887
Facsimile: (805) 963-7311

Attorneys for Ryan Leone

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                 Plaintiff, <br> vs. <br> RYAN LEONE, <br>                 Defendant. | CASE NO.: CR 09-00230(A) SVW <br><br> DEFENDANT'S SENTENCING MEMORANDUM <br><br> Date: October 5, 2009 <br> Time: 11:00 a.m. <br><br> Hon. Stephen V. Wilson, United States District Judge |

## SENTENCING MEMORANDUM

### I.

### DEFENDANT REQUESTS THAT THE COURT FOLLOW THE RECOMMENDATION OF UNITED STATES PROBATION

Mr. Leone respectfully submits that the Presentence Investigation Report accurately reflects the circumstances of his case and that the Probation Officer has appropriately summarized the information that the Court should consider. Therefore, he respectfully requests that the Court impose the sentence of 60 months that is recommended by Probation.

///

///

///

1

## II.

## DEFENDANT REQUESTS THAT THE COURT RECOMMEND THAT HE PARTICIPATE IN THE BUREAU OF PRISON'S RESIDENTIAL DRUG TREATMENT PROGRAM

As summarized in the Presentence Investigation Report, Mr. Leone suffers from both profound drug addiction and mental illness. He respectfully submits that he is a good candidate for a Residential Drug Abuse Program (RDAP) while in the Bureau of Prisons.

## III.

## DEFENDANT REQUESTS THAT THE COURT RECOMMEND THAT HE BE INCARCERATED AT LOMPOC

Mr. Leone respectfully requests, if the Court is inclined to do so, a recommendation that he serve his sentence Lompoc Federal Correctional Complex, based on its close proximity to his family and support system in Santa Barbara and the fact that RDAP is now available at that facility.

## CONCLUSION

For the above stated reasons, defendant respectfully submits that the Court should follow the recommendation of United States Probation.

Dated: September 28, 2009

Respectfully submitted,

SANGER & SWYSEN
Robert M. Sanger
Stephen K. Dunkle

By: _ROBERT SANGER (SKD)_
Robert M. Sanger
Attorney for Defendant
Ryan Leone

## PROOF OF SERVICE

I, the undersigned declare:

I am over the age of 18 years and not a party to the within action. I am employed in the County of Santa Barbara. My business address is 233 East Carrillo Street, Suite C, Santa Barbara, California, 93101. On September 28, 2009, I served the foregoing document entitled: DEFENDANT'S SENTENCING MEMORANDUM on the interested parties in this action by depositing a true copy thereof as follows:

Ariel A. Neuman
Assistant United States Attorney
1500 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012
Fax:   (213) 894-3713

____  **BY U.S. MAIL** - I am readily familiar with the firm's practice for collection of mail and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited daily with the United States Postal Service in a sealed envelope with postage thereon fully prepaid and deposited during the ordinary course of business. Service made pursuant to this paragraph, upon motion of a party, shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit.

____  **BY FACSIMILE** - I caused the above-referenced document(s) to be transmitted via facsimile to the interested parties at the above-referenced number.

__X__  **BY ELECTRONIC TRANSMISSION VIA CM/ECF** - I caused the document to be electronically delivered to the interested parties at the address above.

____  **BY HAND** - I caused the document to be hand delivered to the interested parties at the address above.

____  **STATE** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__  **FEDERAL** - I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

**Executed September 28, 2009, at Santa Barbara, California.**

_____
Stephen K. Dunkle