PROB 12
(Rev. 11/04)

<h1 style="text-align:center">United States District Court</h1>
for<br/>CENTRAL DISTRICT OF CALIFORNIA



U.S.A. VS. RYAN LEONE                           Docket No. CR09-230(A)-SVW

### Petition on Probation and Supervised Release (Modification)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>RYAN LEONE</u> who was placed on supervision by the Honorable <u>STEPHEN V. WILSON</u> sitting in the Court at <u>Los Angeles, California</u>, on the <u>5th</u> day of <u>October, 2009</u> who fixed the period of supervision at <u>Four years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The supervisee and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** The following six (6) modifications:

| ORDER OF COURT | Respectfully, MIA ESPINOZA |
|---|---|
| Considered and ordered this 16 day of Feb, 2012 and ordered filed and made a part of the records in the above case. | MIA ESPINOZA<br>U. S. Probation Officer<br>Place: Santa Barbara, California |
| United States District Judge<br>STEPHEN V. WILSON | Approved: RANDALL S. LIMBACH<br>Supervising U.S. Probation Officer<br>Date: February 09, 2012 |

1. During the course of supervision, the Probation Officer, with the agreement of the defendant and defense counsel, may place the defendant in a residential drug treatment program approved by the United States Probation Office for the treatment of narcotic addiction or drug dependency, which may include counseling and testing, to determine if the defendant has reverted to the use of drugs, and the defendant shall reside in the treatment program until discharged by the Program Director and Probation Officer;

2. As directed by the Probation Officer, the defendant shall pay all or part of the costs of treating the offender's substance abuse and mental health disorder(s) to the aftercare contractor during the period of community supervision, pursuant to 18 U.S.C. § 3672. The defendant shall provide payment and proof of payment as directed by the Probation Officer;

3. The defendant shall participate in mental health treatment which may include evaluation and counseling, until discharged by the treatment provider with the approval of the Probation Officer;

4. The Court authorizes the Probation Office to disclose the Presentence Report to the substance abuse treatment provider to facilitate the defendant's treatment for narcotic addiction or drug dependency. Further redisclosure of the Presentence Report by the treatment provider is prohibited without the consent of the sentencing Judge;

5. The Court authorizes the Probation Office to disclose the Presentence Report to the mental health treatment provider to facilitate the defendant's treatment for mental health disorder(s). Further redisclosure of the Presentence Report by the treatment provider is prohibited without the consent of the sentencing Judge;

6. When not employed or excused by the Probation Officer for schooling, training, or other acceptable reasons, The defendant shall perform 20 hours of community service per week, as directed by the Probation Officer.