1  HILARY POTASHNER (Bar No. 167060)
   Federal Public Defender
2  (E-mail: Hilary_Potashner@fd.org)
   GABRIEL L. PARDO (Bar No. 261625)
3  (E-mail: Gabriel_Pardo@fd.org)
   Deputy Federal Public Defender
4  321 East 2nd Street
   Los Angeles, California 90012-4202
5  Telephone: (213) 894-2918
   Facsimile: (213) 894-0081
6
7  Attorneys for Defendant
   RYAN LEONE
8
9                    **UNITED STATES DISTRICT COURT**
10                   **CENTRAL DISTRICT OF CALIFORNIA**
11                          **WESTERN DIVISION**
12 UNITED STATES OF AMERICA,           Case No. CR 09-00230-SVW
13         Plaintiff,                  **MR. LEONE'S LETTERS REGARDING SENTENCING**
14     v.
15 RYAN LEONE,
16         Defendant.
17
18
19     Ryan Leone, by and through his attorney of record, Deputy Federal Public
20 Defender Gabriel L. Pardo, hereby submits the attached letters regarding sentencing.
21                             Respectfully submitted,
22                             HILARY POTASHNER
                               Federal Public Defender
23
24 DATED: December 2, 2016    By:  */s/ Gabriel L. Pardo*
                                   GABRIEL L. PARDO
25                                 Deputy Federal Public Defender
                                   Attorneys for RYAN LEONE
26
27
28