# EXHIBIT A

September 19, 2016

The Honorable Judge Stephen Wilson


Dear Judge Wilson,

We are writing to you in behalf of our son Ryan Leone.

It is our hope that you judge his probation violation in light of his particular circumstances and adjudicate accordingly.

He is an incredibly kind, loving and decent person who happened, as with so many young people today, to fall prey to the disease of drug addiction.

You sentenced Ryan to four years in Federal Prison in 2009, most of which as he served in Oxford, Wisconsin. He accomplished much in prison:  wrote a novel with a strong anti-drug theme that has sold approximately 20,000 copies on Amazon, became firmly committed to extraordinary physical fitness and nutritional habits and became sober.  Indeed his sobriety lasted for 3 ½ Years.

However, there are many lingering, onerous effects from his incarceration.  He left federal prison with a severe case of separation anxiety, only somewhat abetted almost four years later, and has severe chronic insomnia.  Being mixed with a general prison population was very difficult for such a kind and gentle man.

I (Ryan's father) am no stranger to the recovery community having attended 3-5 Al-Anon meeting every week for more than 11 years and serving as Al-Anon's district representative for the Santa Barbara community (2011-13).   I am a strong advocate of the rehabilitate /don't incarcerate axiom.

Finally, it should be noted that Ryan was scheduled to enter a detoxification program the very day after his motor vehicle incident, and in fact did go through the program, is in full recovery, and attends an outpatient rehab program six days a week.  He is also newly married (April, 2016), the father of a five year old stepson, and doing well in his position in the solar energy industry.  In sum, he has his life in order and would only be harmed by further incarceration.

I have heard many good things about you and trust you resolve this probation violation matter in a fair and sensitive manner.


Frank and Diane Leone

# EXHIBIT B

Dear Judge Wilson:

My name is Joe Clifford and I am the author of eight novels, including the best-selling the Jay Porter Thriller series. I am also acquisitions editor for Gutter Books, and the co-producer of Lip Service West, a "gritty, real, raw" reading series I started in Oakland, CA, to give a voice to the voiceless and platform for the disenfranchised. I am happily married, with two wonderful boys, Holden and Jackson Kerouac. I am also a recovering drug addict with a criminal record, who would not be in the position I am today without the help of others and mercy of the court.

I am writing this letter on the behalf of Ryan Leone, a young man and remarkable talent, whom I have had the pleasure of knowing for several years. I met Ryan after he contacted me to write a blurb for his debut novel, *Wasting Talent*. Ryan had read my own recovery memoir, *Junkie Love*, and was impressed enough to ask for my endorsement; and after reading *Wasting Talent*, I felt honored that he asked.

After getting out of prison Ryan turned his life around. He wrote what is—and I say this without hyperbole—one of the best debut novels I have ever read. Ryan has recently had a slip-up, which as every drug and alcohol counselor will tell you is, unfortunately, all too often part of the process. Addiction is a complex bio/psycho/social disease, and sometimes the line forward isn't always a straight one. But I truly believe Ryan is on the right path. Recently married and gainfully employed, Ryan is the stepdad to a wonderful young boy whose life would be severely impacted should Ryan incur any lengthy incarceration. Ryan needs treatment, not punishment.

I hope this court will agree, and show him the same mercy the justice system has shown me. Ryan has too much talent, generosity, and compassion to waste it behind bars. If given this second chance, I am certain Ryan Leone will reward that faith. Thank you for your time.

Sincerely,

Joe Clifford

# EXHIBIT C

Dear Judge Wilson,

I am writing on behalf of Ryan Leone.

I met Mr. Leone last year when he came to a book signing of mine in Los Angeles. During the question-and-answer session, Mr. Leone identified himself as a recently released convict and heroin addict, and we engaged in a long dialogue on the topic of drugs in America.  I was impressed by his intelligence and candor.

By way of background, I am a writer by trade, having published nineteen novels, one non-fiction book and numerous short stories and articles. Several of my books and most of my articles deal with the drug trade and the current heroin epidemic.

Mr. Leone is a deeply talented writer who has written a first novel of great promise.  He has a brilliant career in front of him, with much to offer society if, that is, he can overcome the addictions to drugs and alcohol that have plagued him for too much of his young life.

I understand that his actions resulting from a recent relapse now threaten to put him back into prison.  With all respect, I am firmly of the opinion that further incarceration will serve neither society nor Mr. Leone.  Putting him back behind bars would only exacerbate the problem and delay its solution. It would be far better if he could remain in society where he can seek real treatment, receive the support of family, friends and colleagues, and truly confront and take responsibility for his own demons, none of which he can do in the confines of a prison.

Therefore I ask you to temper justice with mercy in this case and give Mr. Leone the opportunity to continue his rehabilitation.

Thank you for your time and consideration.

Sincerely,

Don Winslow