HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
(E-mail: Hilary_Potashner@fd.org)
GABRIEL L. PARDO (Bar No. 261625)
(E-mail: Gabriel_Pardo@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2918
Facsimile: (213) 894-0081

Attorneys for Defendant
RYAN LEONE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RYAN LEONE, <br><br> Defendant. | Case No. CR 09-00230-SVW <br><br> **MR. LEONE'S SUPPLEMENTAL LETTER REGARDING SENTENCING** |

Ryan Leone, by and through his attorney of record, Deputy Federal Public Defender Gabriel L. Pardo, hereby submits the attached supplemental letter regarding sentencing.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED: December 4, 2016      By: */s/ Gabriel L. Pardo*
                              GABRIEL L. PARDO
                              Deputy Federal Public Defender
                              Attorneys for RYAN LEONE

# EXHIBIT A

Dear Judge Wilson,

My name is Kayla Leone, wife of Ryan Leone. Ryan and I enjoy telling people the story of how we met. I read Ryan's book "wasting talent" (that has amassed a sizable cult following) when I was living in Denver. I loved the book so much that I decided to find the author online and write him a fan letter. Ryan read my letter and we started corresponding regularly, and the rest is history! I understand Ryan has several probation violations, and that is why we are here today. Throughout our marriage, I have seen Ryan struggle with his demons, namely addiction. He had 3 happy years clean and sober up until last August, when he relapsed. Since then he has been struggling to pick up the pieces and get back to where he was. But I am here to tell you how hard he is trying and how much he wants to stay sober. At the time of this writing, he is 100% clean and sober and he's doing very well. He goes to outpatient treatment, AA meetings, and takes his sobriety very seriously. He tells people within minutes of meeting them that he is sober. I'm very proud of him and all the hard work he has done. I know how much he desperately wants to stay sober and surpass the 3 years of sobriety he once had. Ryan is also the stepfather to my 5 year old son Bryson, and I know how much he enjoys being a father. We spend time together as a family going to the beach, taking walks around our neighborhood, watching movies and generally doing healthy SOBER activities. With that all being said, I implore you to show mercy on Ryan and see how hard he is trying. Ryan (just like any addict) needs treatment, not prison. Going back to prison would only serve to set him back. Ryan is an amazing writer and has so much to offer this world. We talk regularly about how he would like to become a public speaker to warn kids about the horrors of drug and alcohol addiction. So please your honor, I hope you can see that Ryan is not a violent criminal who enjoys breaking the law. Ryan is an addict suffering from the disease of addiction, a disease that he has wrestled with his entire life.

Thank you,
Kayla Leone