RYAN LOONE 55574.112
METROPOLITAN DETENTION CENTER - LA
PO BOX 1500
LA, CA. 90053

LOS ANGELES CA
23 JAN 2017 PM 3 L

2:09-CR-00230-SVW

HONORABLE JUDGE WILSON
US DISTRICT COURT CENTRAL DIS.
255 E. TEMPLE ST
LA, CA 90012



FILED
CLERK U.S. DISTRICT COURT
JAN 25 2017
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

90012-333432

2-2-17

Dear Honorable Judge Wilson,

You sentenced me to 90 days of custody on 12-5-16, for admitting that I failed two urine screenings. After my release in 2013, I had constructed a life that I was proud of. I had published a novel and developed a public voice, sustained sobriety for over three years without a probation incident, was gainfully employed, paid for an apartment and married the love of my life.

After a relapse last summer my good life began to dissipate and I was faced with unmanigable consequences. It's difficult to be back in prison, namely because I'm struck with clarity and realize that my actions affect everyone around me and not just myself.

My wife has debilitating neurological issues and she is struggeling to pay the rent and provide for my son. I was able to thrive because of transistional structure at the halfway house, and I firmly believe that period was indispensable in my supervised success last time I was released. I'm asking if you can consider writing a court order to give me 45 days halfway house

①

So that I can find employment, participate in out patient drug abuse treatment, and get back on the Psychiatric medications that help quell some of my underlying chemical inbalances. The halfway house date would be 2-14-17 and I would complete on 4-1-17.

I don't ever want to hurt myself, my friends, or family again. And I don't want to stand in front of you for mistakes that could be avoided with the proper steps taken to ~~avoiding~~ Prevent them.

I'm a firm believer that everyone loves a comeback story and I think having an adequate period to transistion back into Society would serve to optimize my chances for success. Thank you very much for your time and consideration.

Sincerley,

Ryan Leone #55514-112