HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
GABRIEL L. PARDO (Bar No. 261625)
(E-Mail: Gabriel_Pardo@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2918
Facsimile: (213) 894-0081

Attorneys for Defendant
RYAN LEONE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN LEONE,<br><br>Defendant. | **JOINT STATUS REPORT REGARDING PENDING SUPERVISED RELEASE VIOLATION PROCEEDINGS**<br><br>Case No. CR 09-230-SVW-27 |

Plaintiff United States of America, by and through Assistant United States Attorney Jake Nare, and defendant Ryan Leone, by and through his attorney of record, Deputy Federal Public Defender Gabriel L. Pardo, hereby submit a joint status report regarding the pending supervised release violation proceedings in this matter.

                                        Respectfully submitted,

                                        HILARY POTASHNER
                                        Federal Public Defender

DATED: January 26, 2018       By: */s/ Gabriel L. Pardo*
                                        GABRIEL L. PARDO
                                        Deputy Federal Public Defender
                                        Attorneys for Ryan Leone

                                        NICOLA T. HANNA
                                        United States Attorney

DATED: January 26, 2018       By: */s/ Jake Nare* *
                                        JAKE NARE
                                        Assistant United States Attorney

                                        (**by E-mail Authorization*)

## JOINT STATUS REPORT

On December 1, 2017, Mr. Leone was arrested by Santa Barbara County officials pursuant to an arrest warrant issued by the Court. The parties are in agreement that because of this arrest, the federal government assumed primary jurisdiction over Mr. Leone on December 1, 2017. However, Mr. Leone has remained at the Santa Barbara County Jail since December 1, 2017. To date, he has not appeared before a judicial officer regarding the violation allegations and arrest warrant that caused his arrest on December 1, 2017. The parties are thus currently working to ensure that Mr. Leone is transported to federal court as soon as possible to answer the violation allegations. The parties have contacted Santa Barbara County officials in an effort to secure Mr. Leone's presence and are awaiting response. The parties will update the Court as soon as additional information becomes available, or at such other time the Court requests.