# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | 2:09-cr-00230-SVW-27 |
| Date | January 31, 2018 |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

Interpreter

| Paul M. Cruz | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ryan Leone | | | | N/A | | | |

**Proceedings:**  IN CHAMBERS ORDER: re Joint Status Report Regarding Pending Supervised Release Violation Proceedings [1977]

The Court, having read the status report, orders the parties to advise the Court after defendant's state courts proceeding are resolved, at which time the matter will be set for a preliminary revocation of supervised release hearing.

                                                                                        :
                                                            Initials of Deputy Clerk        PMC

cc: USM
    PSA