AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| United States of America<br>v.<br>Ryan Leine<br>*Defendant* | )<br>)<br>) Case No. CR 09-230 SVW<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 3/5/18

_____
*Defendant's signature*

_____ 3/5/2018
*Signature of defendant's attorney*

If defendant is not an English speaker, include the following:

I, _____, am fluent in written and spoken English and languages, I accurately translated this Waiver of Preliminary Hearing from English into _____ to defendant _____, on this date.

Date: _____

_____
*Interpreter*