

FILED
CLERK, U.S. DISTRICT COURT
MAR - 5 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Ryan Leone<br><br>Defendant. | Case No. CR 09-00230-SVW<br><br>**ORDER OF DETENTION AFTER HEARING**<br>[Fed.R.Crim.P. 32.1(A)(6);<br>18 U.S.C. § 3143(A)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _Defendant did_

not contest detention.

and/or

B. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: Defendant did not contest detention.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 3/5/2019

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE