HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
(E-mail: Hilary_Potashner@fd.org)
GABRIEL L. PARDO (Bar No. 261625)
(E-mail: Gabriel_Pardo@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2918
Facsimile: (213) 894-0081

Attorneys for Defendant
RYAN LEONE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 09-230-SVW-27 |
|---|---|
| Plaintiff, | **MR. LEONE'S LETTERS REGARDING SENTENCING** |
| v. | |
| RYAN LEONE, | |
| Defendant. | |

Ryan Leone, by and through his attorney of record, Deputy Federal Public Defender Gabriel L. Pardo, hereby submits the attached letters regarding sentencing.

                                          Respectfully submitted,

                                          HILARY POTASHNER
                                          Federal Public Defender

DATED: March 9, 2018      By:  */s/ Gabriel L. Pardo*
                                          GABRIEL L. PARDO
                                          Deputy Federal Public Defender
                                          Attorney for RYAN LEONE