# EXHIBIT A

March 8, 2018

**The Honorable Stephen V. Wilson,**

Dear Judge Wilson:

I am writing on behalf of **Ryan Leone.**

My name is Karina Franco. I am Mr. Leone's fiancé and future mother of our son, N███ G███ L███, who is due on March 30.

I speak with Ryan every day and know that he is regretful and sorry. N████ forthcoming birth has changed our lives and we are committed to being the best parents we can be. I have seen an extremely positive change in Ryan and it melts my heart hearing him talk about how much he loves N███ and cannot wait to be an extraordinary father.

The Ryan I know has a heart of gold. He suffers from addiction and mental illness. Ryan has found God again and works his program; he is trying to be a better person not only because he has to but because he wants to be an outstanding father for his future son.

I am confident that our relationship and fatherhood will keep Ryan grounded, positive, and selfless and a contributing successful member of society. I believe that I will be a stabilizing influence on Ryan and am firmly committed to helping Ryan keep his life on track.

It is my fervent hope that you will consider the larger picture as you adjudicate this case.

Thank you Judge Wilson.

 Sincerely,

*Karina Franco*

Karina Franco