# EXHIBIT B

March 7, 2018

The Honorable Judge Stephen Wilson

Dear Judge Wilson,

I am Ryan Leone's father and am writing to provide you with some background on the dedication and depth of his family support system.

Ryan is our only child. He has battled drug addiction for many years and now seems committed to long term sobriety, impending first time fatherhood and a full focus on his burgeoning career. We are exceptionally loving parents and speak with him dally, largely to discuss and reinforce his values.

Our family is exceptionally stable and supportive. I recently retired after having served for 31 years as C.E.O. of a consulting firm that worked with hospitals, and before that as a senior hospital administrator and Project Director at the RAND Corporation.

Ryan's mother, Diane, worked as a Pan American flight attendant, Catering Director for Hyatt Hotels and, from 1991-2011, as the owner of a gift shop in downtown Santa Barbara. We have served on numerous non-profit boards and I have been an active member of Al-Anon in Santa Barbara for 13 years, better coming to grips with the effect Ryan's of addiction to our family.

I have heard exceptionally good things about you and trust that you will address Ryan's legal matter in a sensitive and appropriate manner.

Thank you for your many years of service.

Sincerely,

*Frank H. Leone*

Frank H. Leone

███████████

Santa Barbara, CA 93103