# EXHIBIT C

**Jim Uhls**

███████████████

Pacific Palisades, CA 90272

March 7, 2018

The Honorable Stephen V. Wilson
United States District Judge
Los Angeles, California

Dear Judge Wilson,

I am a personal friend of Ryan Leone, and writing to you in hopes of appealing for leniency in his sentencing. I respect your judgment and humbly submit this statement to you.

I'm a professional screenwriter who lives in Los Angeles, and I'm married with two children.

Ryan and I met online, and he asked if I would read his novel, "Wasting Talent," and provide a blurb for use by his publisher. I read it -- and was quite impressed by it. I gave it sincere praise. I was driven to initiate more frequent contact with Ryan.

We grew closer, and I met him and his fiancé, Karina Franco, in person. We spent time together and all got to know each other better.

I remember that Ryan said something passionately, with such conviction, that it went deep into me: that Karina was pregnant, that they had both gotten sober open learning this, and that he wants to be the best father and husband as humanly possible.

It was a defining moment. I knew of his background, his struggles with addiction, his previous breaking of the law and incarceration. Yet, I saw the determination in his face and I heard it in his voice.

They were living in Santa Barbara, so, while my contact with Ryan was not usually in person, we began to have regular phone calls.

There came a point at which he began to have a temporary psychological breakdown. He was not the Ryan Leone I originally met, and I knew it. I spoke with his father, Frank Leone, who agreed with me -- and that it was not caused by illegal drugs, but a profound lack of sleep.

I spoke with Ryan almost every night during this period and made sure I had a non-judgmental, calming influence on him. He alienated some friends, but I kept the connection, mostly listening. Sometimes I listened to wild paranoia, and sometimes I listened to a lucid man.

During his lucid moments, he repeatedly told me he wanted to serve

whatever time his sentencing would be, clean up, and get beyond it. His hope, still from the deepest part of him, was to be a good father and husband -- as well as a law-abiding citizen and a provider for his new family.

I know he violated terms of his parole, and that things were going badly for him. I always gently pushed all conversations toward lucidity -- and the need for him to deal directly with his legal situation.

Since he's been recently incarcerated, he and I have spoken on the phone, and the first phone call stuck with me. He expressed sincere, deep remorse and regret, nearly to the point of tears. He apologized to me. He regrets the loss of some of his friends, and is ashamed of his actions which violated his parole.

He asked me to be the godfather of his son, soon to be born. I happily said yes -- both to him and Karina -- as I am full of persistent belief in his -- and her -- embrace of parenthood and marriage. I communicate with Karina frequently.

Another phone call with Ryan stuck with me -- one in which he told me, with enthusiasm, that he was starting another novel. I was thrilled to hear him say this, and I encouraged him will full support.

I felt the change in him. He has a willingness to serve his time, stay sober and, upon his release, finally "be a man" -- his words -- to live his life in a new role: father and husband -- to work in whatever job he can to be a provider, while continuing his quest as a novelist.

In our latest phone calls, he has been in the role of supporter -- to me, of me -- having an uplifting effect upon me. And that is the Ryan Leone I originally met.

I thank you for giving me the opportunity of telling you about Ryan from my perspective.

Respectfully,

Jim Uhls