# EXHIBIT D

March 7th, 2018

**To:**

The Honorable Stephen V. Wilson

United States District Judge

Los Angeles, California

**From:**

Will De Los Santos

███████████

Los Angeles, California

**Dear Judge Wilson**,

I am writing this letter on behalf of **Ryan Leone**. I am a well-known screenwriter and director in the movie business and have known Ryan for approximately 2 1/2 years. I came to know Ryan when I optioned his novel 'Wasting Talent' and have been working at turning the adaptation of this novel into a movie.

During the past couple of years, through his ups and downs, Ryan became not only a trusted associate but also a close friend to me and my family.

I understand that Ryan has violated his supervised federal release and now faces serious time in prison, once again. I am writing this letter in hopes to help sway your decision on his sentencing by way of mercy or leniency.

When I met Ryan, he was in the midst of turning his life around and had much to look forward to. He is an incredibly talented author and visionary voice. I am very aware of his legal troubles, however, despite this during the past several years; which I believe have been primarily stemmed from his drug addiction, I believe if he put his mind to it, and given the chance to rehabilitate, could very well get his career back on track and get his life, back together.

Ryan is a very intelligent young man and I truly feel that he has finally been scared straight knowing it is time for him to get off drugs and to become the man he is meant to

be. Especially, with the birth of his first child; which is happening within the next month or so.

I know Ryan if very regretful for his past transgressions and if once again free, I am confident he will make better choices and decisions for himself and his new responsibilities regarding his family and his career. I also know that he has a great many people who love him and are willing to help guide him in gaining a circle of support made up of individuals who know Ryan and will do what it takes to help keep him moving down the right path.

One needs only to sit and speak with the man to discover how intelligent and unique he is to effect change in anyone's life.  Most importantly, at this time, his very own.

Please do not hesitate to call me if you would like to discuss Ryan further.


Sincerely,


**William De Los Santos**

███████████@gmail.com

███████