HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
(E-mail: Hilary_Potashner@fd.org)
GABRIEL L. PARDO (Bar No. 261625)
(E-mail: Gabriel_Pardo@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2918
Facsimile: (213) 894-0081

Attorneys for Defendant
RYAN LEONE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 09-230-SVW-27 |
|---|---|
| Plaintiff, | **MR. LEONE'S SUPPLEMENTAL LETTERS REGARDING SENTENCING** |
| v. | |
| RYAN LEONE, | |
| Defendant. | |

Ryan Leone, by and through his attorney of record, Deputy Federal Public Defender Gabriel L. Pardo, hereby submits the attached supplemental letters regarding sentencing.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED: March 11, 2018   By: */s/ Gabriel L. Pardo*
GABRIEL L. PARDO
Deputy Federal Public Defender
Attorney for RYAN LEONE

# EXHIBIT F

Dear Judge Wilson,

    My name is Nick Stahl. I am Ryan Leone's AA sponsor, but at this point, I would also consider him a good friend.

    Ryan and I first met on a professional capacity, about nine months ago I'd say. I am an actor, and Ryan contacted me through a mutual friend and asked me to do the narration for a documentary he was making. After we began talking, he found out I was sober, and thus, I started taking him through the steps of Alcoholics Anonymous.

    I have only ever known Ryan to be friendly, helpful, loyal and very hard working. As an example, I myself have fallen on hard times financially and Ryan was always concerned about this, asking me (someone he didn't know very well) all the time if I needed anything and if I was alright. At one point, he pulled some strings to send me partial payment for the film up front, because he knew that I needed it. This is something not typically done in the film business, in my experience.

    As far as recovery goes, Ryan seems to a have a keen interest in changing his life and putting this life of alcoholism and addiction behind him. We both have been battling this disease since early teenage years and he has been eager since day one to tap into the power that took so long for me to find, via the twelve steps. In fact, since Ryan's recent incarceration, we have been continuing the process through the mail, something I've never done as a sponsor, yet was encouraged in large part by Ryan's overwhelming desire to do so.

    I can tell you without a doubt that Ryan has a bright future ahead of him. Besides being an extraordinary writing talent who has so much to offer creatively, he also just so happens to be a good man. Our calls from county jail the last few months have usually ended with talks of his family and hopes about his future with his unborn son.

    I do understand that the law has to be followed, but the fact is, I do not believe that Ryan Leone should be behind bars in a state or federal prison. He simply has to much to offer the world and his family. If anything, he suffers from alcoholism, and is a sick person, not a bad one... I ask you humbly, Judge Wilson, to consider this, and the true content of his character, when sentencing him.

    Thank you for your time,

Nick Stahl

# EXHIBIT G

Wendy Benge, ESQ.<br>
███ S. Main Street,<br>
Los Angeles, CA 90015<br>
Tel. ███<br>

March 8, 2018

The Honorable Stephen V. Wilson
United States District Judge
Los Angeles, California


Re:	Case of Mr. Ryan Leone
Case No.:

Dear Honorable Judge Wilson:

I am writing on behalf of Ryan Leone's character and a letter of recommendation that leniency, mercy and compassion be shown in the case before us. I am an Attorney admitted to the California Bar, other admissions include a Barrister and Solicitor of the High Court of New Zealand and a Law Practitioner of New South Whales Australia. In addition, I served in the United States Navy and was awarded a meritorious unit accommodation medal from the Secretary of the Navy. I was injured in the military and during recovery and while attending USC and later Duke Law I worked as a counselor for approximately five years at the Military Order of the Purple at the Long Beach Veteran Administration, primarily with mentally ill, post-traumatic stress disorder ("PTSD") and injured veterans. In this regard, I do have an understanding of drug addiction, mental illness, PTSD and a good understanding of what goes on in the prison society.

Generally speaking I do not take matters, which breach the law lightly and, I recognize that actions have consequences. But, actions and consequences can be turned into opportunities for people to better themselves, to turn their lives around or aid others who suffer the same by those of us, such as your Honor, who are granted not only the knowledge and understanding but also the power to make a change and to have compassion when a case call for it.

With this said, I became involved with Ryan Leone, not just as an attorney but as a well-known film producer on a film known as "Love in Vein" based on a book written by Ryan Leone. I was first compelled to produce "Love in Vein" after hearing Mr. Leone's story and his struggles from Director Will De Los Santos. I first met Mr. Leone for a coffee and then at a book reading whereby he read a story called "Folsom Prison Blues". I was impressed with Leone not only by how he had written and told his story but how it affected the people around the room. The room was packed, and when he was done their were many wet eyes in the audience. Mr. Leone did not hold back and was very graphic as he explained to the audience how he had ended up in prison, his mental and drug

struggles and his work toward aiding those in need and prison reform. Before the reading and during coffee Mr. Leone told me of his life and how he had been in and out of prison and rehab whereby he showed many signs of those who are affected by PTSD.

After spending time with Leone I stepped in as a producer on his documentary "Idiot Savant: The Savage Life of Ryan Leone" which is a tell all and is based on his life and his continued and ongoing fight with mental illness and drug addiction. Leone is passionate about aiding others to find a better life and aiding them from becoming like him. In support of this I also stepped in as a front-runner to aid Leone in his venture with prison reform. I saw Mr. Leone work hard to put together an amazing event, I saw him put together deals that would take others in our industry months to achieve, but I also saw him struggle, and then I saw him fall to pieces as he continued to deal with his mental illness, PTSD, lack of sleep and then the overwhelming fear of going back to prison which took hold of him and caused him to mentally and physically break down. It was hard to see a man with so much talent lose himself this way.

With this said, after his last prison term he was released straight from solitary confinement where he had been confined for over 30 days and then directly released to the outside world. After working with the VA I have seen patients in for less a period come out worse due to the effect of solitary confinement and their struggles with mental illness. They come out worse and unable to deal in society. I am not stating this for Leone to use as an excuse for his behavior but, it is a fact and a proven consequence on even normal persons without the issues of mental illness

I truly believe if given the chance by this court that Leone has a mind and mental capacity to do great things, of which, we can already see from his writings as an author under such troubled conditions. With this said and as a further request as to leniency and mercy, Leone is about to have his first child, another reason for Leone to change and complete proper treatment. If the Court so chooses this will give that child an opportunity to know and be loved by a healthy father.

In closing, with the right treatment Leone could be a force to help others and that would be a great thing for the many.

Sincerely,

*Wendy Benge*

Wendy Benge, Esq.