# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | LACR09-00230-SVW-27 |
| Date | March 12, 2018 |

Present: The Honorable **STEPHEN V. WILSON, U.S. DISTRICT COURT JUDGE**

Interpreter

| Paul Cruz/John Lopez | Deborah Gackle | Jake D. Nare |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ryan Leone | X | X | | Gabriel L. Pardo, DFPD | X | X | |

**Proceedings:** Preliminary/Final Revocation of Supervised Release - Sentencing (Non-Evidentiary - Held and Completed)

Case called. Court and counsel confer. Josh Gallenberger, US Probation Officer is also present. The Preliminary Revocation of Supervised Release is held. The defendant admits Allegation one (1) as stated in the Petition on Probation and Supervised Release filed November 30, 2017. The Court accepts the admission as knowingly and voluntarily made. Government's motion to dismiss allegations two (2), three (3) and four (4) is granted.

Upon the findings of the Court, Supervised Release is hereby revoked and the defendant is committed to the custody of the Bureau of Prisons for a term of eight (8) months, consecutive to the state court sentence, with no supervision to follow. The Defendant is given credit for time served.

The Court recommends that Defendant be placed in a southern California facility.

: 14

Initials of Deputy Clerk   JL

cc: USPO