FILED
CLERK, U.S. DISTRICT COURT

MAR 1 5 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: LACR09-00230-SVW-27 |
| Plaintiff | JUDGMENT AND COMMITMENT ORDER |
| vs. | |
| RYAN LEONE, | |
| Defendant. | |

WHEREAS, on March 12, 2018, came the attorney for the government, Jake D. Nare and the defendant appeared in person with appointed counsel, Gabriel L. Pardo, DFPD; and the Court having held a preliminary revocation of supervised release hearing on the allegations as set forth in the Petition on Probation and Supervised Release filed November 30, 2017.

WHEREAS, on March 12, 2018, the defendant having admitted allegation one (1), the Court finds that the defendant violated the conditions of the supervised release order imposed on October 14, 2009 and December 5, 2016. Government's motion to dismiss allegations two (2), three (3) and four (4) is granted.

IT IS ADJUDGED, upon the findings of the Court, supervised release is revoked, vacated, and set aside. The defendant is committed to the custody of the Bureau of Prisons for a period of eight (8) months **Term of Imprisonment**, with no supervision to follow. The Defendant is given credit for time served.

The Court recommends that Defendant be placed in a southern California facility.

IT IS ORDERED that the Clerk deliver a copy of this judgment modifying supervised release to the U.S. Marshal and the U.S. Probation Office, or other qualified officer.

DATE: March 15, 2018

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

DATE: March 15, 2018

KIRY K. GRAY, CLERK OF COURT

By _____
Paul M. Cruz, Deputy Clerk