RECEIVED
U.S. MARSHALS SERVICE
LOS ANGELES, CA

17 DEC -1 AM 7: 57

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | CR09-00230-SVW |
| vs | | |
| Ryan Leone | | **WARRANT FOR ARREST** |
| | Defendant(s) | |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Ryan Leone and bring him forthwith to the nearest Magistrate Judge to answer to a(n): ☐ Complaint   ☐ Indictment   ☐ Information   ☐ Order of Court   ☒ Violation Petition   ☐ Violation Notice charging him with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title   18   United States Code, Section(s)   3583(e)(3)

Kiry K. Gray
NAME OF ISSUING OFFICER

Clerk of Court
TITLE OF ISSUING OFFICER

*Paul M. Cruz*
SIGNATURE OF DEPUTY CLERK
Paul M. Cruz

November 30, 2017 at Los Angeles, CA
DATE AND LOCATION OF ISSUANCE

By *[signature]*
NAME OF JUDICIAL OFFICER
STEPHEN V. WILSON, U.S. DISTRICT JUDGE

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

DATE RECEIVED

DATE OF ARREST

NAME OF ARRESTING OFFICER

TITLE

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO

SIGNATURE OF ARRESTING OFFICER

ARRESTED WITHIN THE C/CA
USMS- CA CA
03-02-18

G-04 (10/15)   WARRANT FOR ARREST